IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                      )
                                       )    2:10-cv-00551-GEB-DAD
                    Plaintiff,         )
                                       )
          v.                           )    ORDER CONTINUING STATUS
                                       )    (PRETRIAL SCHEDULING)
Tammy M. Adams, Individually           )    CONFERENCE
and d/b/a Fairfield Psychic            )
Center; Jaime Ramirez,                 )
                                       )
                    Defendants.        )
_____        )

          Plaintiff states in his status report filed June 13, 2010,
"Defendants have been served, but have not answered. A Request for
Clerk's Entry of Default has been filed against all Defendants." (Docket
No. 9.)

          Plaintiff shall file a motion for entry of default judgment
within thirty days of the date this Order is filed. Further, the status
conference scheduled for June 28, 2010, is continued to November 29,
2010, at 9:00 a.m. A status report shall be filed fourteen (14) days
prior to the status conference in which Plaintiff is required to explain
the status of the default proceedings.

          IT IS SO ORDERED.

Dated:  June 22, 2010

                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge